IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

GS HOLISTIC, LLC,

Plaintiff,

Case No. 1:23-cv-02021-RMR-NRN

vs.

The Pipefitter, LTD et al,

Defendants.
_______________________________________ /

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Please take notice that Plaintiff GS Holistic, L.L.C., Inc. and Defendants The Pipefitter LTD and Gary Dahl (collectively, the "Defendants") hereby dismiss this action with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, with each Party to bear its own costs and attorneys' fees.

Respectfully submitted,

Dated: March 17, 2026

FOR PLAINTIFF

By: s/ Eddy Leal

EDDY LEAL, P.A.
777 Brickell Avenue, Suite 500
Miami, FL 33131
Phone: 305-979-3900
Email: EL@leallegal.com
E-Service: eservice@leallegal.com

By: /s/ Eddy Leal
Eddy Leal, Esq.
Florida Bar No. 96030

Attorney for GS Holistic

FOR DEFENDANT

s/ Charles Edmond Fuller

**Charles Edmond Fuller**
Senn Fortis LLC
1700 Lincoln Street
Suite 2100
Denver, CO 80203
t: 303-298-1122
cfuller@sennfortis.com

Counsel for Defendants